1  ,

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10 JERMAINE ROBERTS,

11          Petitioner,              No. CIV S-08-0376 LEW DAD P

12      vs.

13 MATTHEW KRAMER, Warden, et al.,

14          Respondents.             ORDER

15 _____/

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation for dismissal of this action; and

/////

1

1       2. The Clerk of the Court is directed to send petitioner a copy of the in forma

2 pauperis form used by this district.

3 DATED: February 26, 2008.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:9:ndd
robe0376.101a