IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERMAINE ROBERTS,

    Petitioner,           No. CIV S-08-0376 JAM DAD P

    vs.

MATTHEW KRAMER, Warden,

    Respondent.          <u>ORDER</u>

_____/

        On June 5, 2009, respondent filed a motion to dismiss on the grounds that petitioner's federal habeas corpus petition is time-barred. On June 11, 2009, respondent filed a request for leave to file an amended motion to dismiss, together with an amended motion to dismiss. In the request, respondent explains that in the original motion to dismiss, he inaccurately stated that petitioner had filed only five state habeas petitions. However, upon further research, respondent has determined that petitioner had actually filed six state habeas petitions.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's June 11, 2009, request for leave to file an amended motion to dismiss (Doc. No. 17) is granted;

/////

1

1    2. Petitioner shall file and serve an opposition or a statement of non-opposition to respondent's amended motion to dismiss within thirty days of service of this order; respondent shall file and serve a reply, if any, within fifteen days thereafter; and

3. Respondent's June 5, 2009 motion to dismiss (Doc. No. 15) is disregarded as having been rendered moot by the filing of the amended motion.

DATED: June 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
robe0376.amtd